THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Richard Lewis Moss, Jr., Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-461
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia,  for Appellant.
Attorney General Henry Dargan McMater, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Jennifer Susan Kottka Colton, of York for Respondent.
 
 
 

PER CURIAM:  Richard Lewis Moss, Jr. appeals his convictions for trafficking cocaine and obstruction of justice.  He contends that the trial judge erred in accepting his guilty plea because he disputed one of the facts alleged.  Moss has also filed a pro se brief in which he alleges the trial judge erred in accepting his guilty plea without conforming to the federal sentencing guidelines.  After a thorough review of the record and the briefs, we dismiss this appeal pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels motion to be relieved is granted.  
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.